# United States Court of Appeals
# for the Federal Circuit

---

**BPI SPORTS, LLC,**

*Plaintiff-Cross-Appellant*

**v.**

**THERMOLIFE INTERNATIONAL LLC, RONALD L. KRAMER, MUSCLE BEACH NUTRITION LLC,**

*Defendants-Appellants*

---

2023-1068, 2023-1112, 2023-1625

---

Appeals from the United States District Court for the Southern District of Florida in No. 0:19-cv-60505-RS, Judge Rodney Smith.

---

## MANDATE

---

In accordance with the judgment of this Court, entered June 16, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

September 9, 2025
Date

Jarrett B. Perlow
Clerk of Court